UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DILIA YANETH NAVARRETE-NAVARRETE,

Petitioner,

v.

Warden, Otay Mesa Detention Center, and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

Case No.: 26-cv-4984-JES-GC

**ORDER:**

**(1) GRANTING MOTION TO APPOINT COUNSEL; and**

**(2) DENYING MOTION TO EXPEDITE**

**[ECF Nos. 2, 3]**

Before the Court is pro se Petitioner Dilia Yaneth Naverrete-Navarrete's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on September 2, 2026. ECF No. 1. Concurrently, Petitioner filed motions to expedite and to appoint counsel. ECF Nos. 2, 3.

Considering the complexity of the constitutional, statutory, and procedural issues presented in this matter, the Court finds that representation will serve the interests of justice. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the Court hereby **GRANTS** the motion to appoint counsel and **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc., as counsel,

effective immediately. The Court **ORDERS** Petitioner to submit a form CJA 23 financial affidavit by **Friday, September 11, 2026,** to demonstrate his financial eligibility. *See* 18 U.S.C. § 3006A(b); *Terovolas v. Kincheloe*, 912 F.2d 1176, 1181–82 (9th Cir. 1990). If Federal Defenders of San Diego, Inc., determines that Petitioner is not financially eligible for appointed counsel, or that it does not have the capability to represent him, Federal Defenders of San Diegos, Inc., shall notify Petitioner and file notice with this Court by **Friday, September 11, 2026**. If so, Petitioner shall continue unrepresented. If Federal Defenders choose to accept representation, Petitioner may file an amended Petition no later than **Friday, September 11, 2026**.

Given this timeline in order to permit new counsel to appear and adequately review the petition, the Court **DENIES** Petitioner's motion to expedite consideration of her petition.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025).

**IT IS SO ORDERED.**

Dated: September 4, 2026

Honorable James E. Simmons Jr.
United States District Judge